IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 2:05cr20153-B |
| CHARLES MONGER, | ) | |
| Defendant. | ) | |

## ORDER TERMINATING APPOINTMENT OF COUNSEL

On April 20, 2005, the Federal Public Defender was appointed as counsel for the defendant Charles Monger. Prior to the appointment, the Federal Public Defender was not aware of a conflict in accepting this case. Therefore, the Federal Public Defender cannot accept the representation.

IT IS THEREFORE ORDERED that the appointment of the Federal Public Defender is hereby terminated, and counsel will be appointed for the defendant from the CJA Panel of attorneys.

It is also ORDERED that the time period of 4/27/05 through 5/4/05 be excluded from the time its imposed by the Speedy Trial Act for trial of this case.

ARRAIGNMENT IS RE-SET TO WEDNESDAY, MAY 4, 2005 AT 9:30 AM BEFORE MAGISTRATE JUDGE S. THOMAS ANDERSON.

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE
Date: 4/27/05

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-29-05

(9)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CR-20153 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT