PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| Charles Monger | ) | Case No. 05-20153-01 B |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Charles Monger, have discussed with Angela K. Yates, Pretrial Services/Probation Officer, modification of my release conditions as follows:

1) Refrain from any use or unlawful possession of any narcotic drug or other controlled substance,
2) Submit to any method of testing required by Pretrial Services for determining whether the defendant is using a prohibited substance,
3) Participate in substance abuse counseling or treatment,
4) Refrain from any consumption of alcohol, and
5) ~~Defendant to notify employer of the nature of the instant indictment.~~   SGS

I consent to this modification of my release conditions and agree to abide by this modification.

_____  5/4/05   _____  5/4/05
Signature of Defendant      Date      Pretrial Services/Probation Officer      Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  5-4-05
Signature of Defense Counsel   Date

[✓] The above modification of conditions of release is ordered, to be effective on 5/18/05

[ ] The above modification of conditions of release is not ordered.

_____  5/18/05
Signature of Judicial Officer   Date

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-18-05

(19)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CR-20153 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT